**FILED**
**DECEMBER 10, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY, )<br>)<br>plaintiff, )<br>)<br>vs. )<br>)<br>ABBOTT LABORATORIES, INC. )<br>)<br>defendant. ) | Case No. 07 C<br><br>Judge<br><br>Magistrate Judge<br><br>**JURY DEMAND** |

**07 C 6925**

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE ASHMAN**

**J. N.**

## COMPLAINT

Scott Riley, by his attorneys and pursuant to the Federal Rules of Civil Procedure, now complains of defendant Abbott Laboratories, Inc. as follows:

1. Scott Riley ("Riley") is an individual residing in the State of Illinois and in this Judicial District.

2. Abbott Laboratories, Inc. ("Abbott") is a corporation with principal offices located in North Chicago, Illinois, located in this Judicial District. Until November 11, 2005 Riley was employed by Abbott at its North Chicago offices, in the position of lab technician.

3. A substantial part of the events giving rise to the claim herein occurred in this judicial district. Venue is proper under 28 U.S.C. §1391(a). This case raises a federal question under the Age Discrimination in Employment Act, 42 U.S.C. §--- *et seq* ("ADA"). Jurisdiction is proper under 28 U.S.C. §1331.

4. Attached hereto is a right-to-sue letter issued by the federal Equal Employment Opportunity Commission on October 19, 2007. This suit is filed in less than ninety days from the date plaintiff received this notice, or on October 22, 2007.

1

## COUNT I

### ILLEGAL TERMINATION UNDER THE ADEA

5. Riley began working for Abbott on March 25, 1196. Riley's date of birth is January 28, 1956.

6. On more than one occasion prior to plaintiff's termination Riley's boss, Walter Routh, made derogatory comments in front of others that were directed to plaintiff's age. Plaintiff was the oldest employee in his department and the only one over 39 years of age.

7. Routh terminated plaintiff on November 11, 2005 for performance problems, despite the fact that Riley was meeting the legitimate expectations of defendant. This termination was a pretext for age discrimination. An employee under the age of 40, Denise Dejno, frequently made the mistakes plaintiff was accused of but was never disciplined, much less discharged.

8. As a direct result of this illegal termination plaintiff has suffered a loss of income, profit sharing that was due to vest with him two days before he was fired, and employment opportunities that would have been available to him had he not been illegally terminated.

**WHEREFORE**, plaintiff Scott Riley prays for judgment in his favor and against defendant Abbott Laboratories, and prays that this Honorable Court:

a) enter judgment in plaintiff's favor, and against defendant Zipatoni, in an amount comprising back pay, liquidated damages, and front pay representing lost salary since the date of termination,

b) order restoration of profit sharing benefits that plaintiff would have been entitled to, and other employee benefits denied him,

c) enter an injunction restraining Abbott Laboratories from discriminating against employees over thirty-nine years of age; and

d) grant any and all other relief it may deem appropriate.

Dated: November 29, 2007

Scott Riley

By: _____
His attorney

OF COUNSEL:
Burr E. Anderson
Anderson Law Offices
407 South Dearborn – Suite 1085
Chicago, IL 60605
(312) 957-1100
burranderson@employmentlawillinois.com

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | CERTIFIED MAIL NO: 7099-3400-0018-8813-3095 CP ATTY. | From: | Chicago District Office |
|---|---|---|---|
| | Scott Riley<br>4011 Harper Avenue<br>Gurnee, IL 60031 | | 500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2006-08920 | Sherice Galloway,<br>Investigator | (312) 886-4824 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

John P. Rowe, *(signed)* cpf     10/19/07
John P. Rowe,                    *(Date Mailed)*
District Director

cc:   ABBOTT LABORATORIES



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TTY: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
STATE & LOCAL FAX: (312) 353-4041
LEGAL FAX: (312) 353-8555

FILE REVIEWS FAX: (312) 353-4041
MEDIATION: (312) 353-6676
HEARINGS FAX: (312) 886-5391

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sarita Gaddis** and mailed to the address above or faxed to **(312) 353-4041**.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* <u>Before filing a lawsuit</u>, **but within 90 days of your receipt of the Right to Sue, or**

* <u>After your lawsuit has been filed.</u> **If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the first page of your court complaint that shows the court docket number.**

If you are the Respondent you may be granted access to the file <u>only after</u> a lawsuit has been filed. Include with your request a copy of the **first page of the court complaint that includes an official court stamped docket number.**

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

Your request for access to the file will be acted upon no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Document Services, 55 East Jackson Blvd., Suite 310, Chicago, IL 60604, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, <u>**it is recommended that you first review your file**</u> to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent <u>in its entirety</u> to the copy service, **and you will be responsible for the cost.** Payment must be made directly to **Aloha Document Services.**

(Revised 04/2007)

FILING SUIT IN COURT OF COMPETENT JURISDICTION

PRIVATE SUIT RIGHTS:

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against the respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should **keep a record of this date**. Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed **well in advance of the expiration of the 90-day period**.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a **State agency or a political subdivision of the State** is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or, probably, the Equal Pay Act against a **State instrumentality** (an agency directly funded and controlled by the State) **can only be filed in a State court**.

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act against a political subdivision of the State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUESTS FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

ATTORNEY REPRESENTATION:

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may, at its discretion, assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.

DESTRUCTION OF FILE:

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE IN WRITING WHEN THE LAWSUIT IS RESOLVED.

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See Privacy act statement before completing this form. | [ ] FEPA [X] EEOC | 440-2006-08920 |

Illinois Department of Human Rights _____ and EEOC
State or local Agency, if any

| NAME | HOME TELEPHONE |
|---|---|
| Mr. Scott Riley | (847) 336-1531 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 4011 Harper Avenue, Gurnee, IL 60031 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

| NAME | NUMBER OF EMPLOYEES/MEMBERS | TELEPHONE |
|---|---|---|
| Abbott Laboratories | 15+ | (847) 937-6100 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1400 Sheridan, North Chicago, IL 60064 | | Lake |

CAUSE OF DISCRIMINATION BASED ON: [ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN [ ] RETALIATION [X] AGE [ ] DISABILITY [ ] OTHER

DATE DISCRIMINATION TOOK PLACE: 11/11/05

THE PARTICULARS ARE:

I. I am 49 years old. I was terminated from Respondent's employment on November 11, 2005.

II. I believe Respondent discriminated against me because of my age for the following reasons:

   A. My supervisor, Walter Roth (under 40), on more than one occasion told me i was "getting too old."

   B. Roth fired me for alleged performance problems, but I was meeting Respondent's legitimate expectations and another subordinate of his, Denise Dejno (late 20s) was similarly situated with me, performed her job in an unsatisfactory manner, and got favored treatment.

RECEIVED EEOC AUG 14 2006 CHICAGO DISTRICT OFFICE

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — (when necessary for State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief
SIGNATURE OF COMPLAINANT

"OFFICIAL SEAL"
TANIA REILLY
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-27-08

X Scott D. Riley    8/9/06
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5