**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 6925 |
| | ) | |
| ABBOTT LABORATORIES, INC. | ) | Judge Holderman |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Burr E. Anderson
      Anderson Law Offices
      Suite 1085
      407 S. Dearborn
      Chicago, Illinois 60605

        PLEASE TAKE NOTICE that on February 7, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Abbott Laboratories' Answer and Affirmative Defenses to Plaintiff's Complaint**, a copy of which is hereby served upon you.

Dated:  February 7, 2008

                        Respectfully submitted,

                        ABBOTT LABORATORIES

                        By      /s/ Priya M. Bhatia
                            One of Its Attorneys

Jon E. Klinghoffer
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that on February 7, 2008, she caused a

copy of **Abbott Laboratories' Answer and Affirmative Defenses to Plaintiff's Complaint** to

be served via the Court's ECF/electronic mailing system upon the following:

>Burr E. Anderson
>Anderson Law Offices
>Suite 1085
>407 S. Dearborn
>Chicago, Illinois 60605

>/s/ Priya M. Bhatia
>Priya M. Bhatia