IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 6925 |
| | ) | |
| ABBOTT LABORATORIES, INC. | ) | Judge Holderman |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

**ABBOTT LABORATORIES' LOCAL RULE 3.2 DISCLOSURE**

Defendant, Abbott Laboratories (improperly named Abbott Laboratories, Inc.), by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Abbott Laboratories is an independent, publicly held company (NYSE: ABT) that has no parent corporations, and no publicly held company owns 10% or more of Abbott Laboratories' stock.

Dated: February 7, 2008

                                              Respectfully submitted,

                                              ABBOTT LABORATORIES

                                              By     /s/ Priya M. Bhatia
                                                     One of Its Attorneys

Jon E. Klinghoffer
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 7, 2008, she caused a copy of **Abbott Laboratories' Local Rule 3.2 Disclosure** to be served via the Court's ECF/electronic mailing system upon the following:

> Burr E. Anderson
> Anderson Law Offices
> Suite 1085
> 407 S. Dearborn
> Chicago, Illinois 60605

/s/ Priya M. Bhatia
Priya M. Bhatia