IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY, | ) |
| | ) Case No. 07 C 6925 |
| plaintiff, | ) |
| | ) Judge Holderman |
| vs. | ) Magistrate Judge Ashman |
| | ) |
| ABBOTT LABORATORIES, INC., | ) |
| | ) |
| defendant. | ) |

## PLAINTIFF'S RESPONSE
## TO AFFIRMATIVE DEFENSES

Plaintiff Scott Riley (or "Riley") by his attorneys now responds to defendant Abbott Laboratories, Inc.'s (or "Abbott ") affirmative defenses as follows:

**AFFIRMATIVE DEFENSE 1:** Abbott had good cause for terminating plaintiff not related to his age.

**RESPONSE:** Denies.

**AFFIRMATIVE DEFENSE 2:** Abbott undertook good faith efforts to comply with anti-discrimination laws – including the ADEA – by, among other things, making good faith efforts to enforce an anti-discrimination policy, thus barring Plaintiff's claims for liquidated damages.

**RESPONSE:** Denies.

**AFFIRMATIVE DEFENSE 3:** Even if it were determined that Abbott impermissibly considered Plaintiff's membership in a protected class or any other unlawful factor in its decision [SIC] to taken an employment action with respect to Plaintiff (which Abbott denies), Abbott nevertheless would have taken the same action in the absence of the impermissible motive(s), thus barring Plaintiff's claim for damages.

**RESPONSE:** Denies.

    **AFFIRMATIVE DEFENSE 4:**    Plaintiff's claim is barred to the extent that it is outside the scope of his administrative charge.

**RESPONSE:** Denies.

    **AFFIRMATIVE DEFENSE 5:**    Plaintiff's claim for damages is barred to the extent he has failed to mitigate his damages.

**RESPONSE:** Denies.

    **AFFIRMATIVE DEFENSE 6:**    To the extent Plaintiff suffered any damages as alleged, such damages were caused or contributed to by Plaintiff's own actions or the actions of others over whom Abbott exercised no control.

**RESPONSE:** Denies.

 

SCOTT RILEY

By: _____
One of his attorneys

OF COUNSEL:
Burr E. Anderson
Anderson Law Offices
407 South Dearborn – Suite 1085
Chicago, IL 60605
(312) 957-1100

2