IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SCOTT RILEY,                        )
                                    )    Case No. 07 C 6925
              plaintiff,            )
                                    )    Judge Holderman
       vs.                          )    Magistrate Judge Ashman
                                    )
ABBOTT LABORATORIES, INC.,          )
                                    )
              defendant.            )

## NOTICE OF FILING

To:    Jon E. Klinghoffer
       Goldberg Kohn Bell Black
        Rosenbloom & Moritz, Ltd.
       55 E Monroe Street, Suite 3300
       Chicago, IL 60603

       **PLEASE TAKE NOTICE** that plaintiff, by his attorney, is filing the parties'
Rule 26(f) Report with the Clerk of Court, United States District Court, Dirksen Building,
219 S Dearborn, Chicago, IL 60604, on this 27th day of February 2008. A copy of this
Report is attached hereto and is hereby served upon you.

                          SCOTT RILEY

                          By: s/Burr E. Anderson
                               One of his attorneys

**OF COUNSEL:**
Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL  60605
(312) 957-1100
burranderson@employmentlawillinois.com

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Rule 26(f) Report to be served on the below-named attorney by personal delivery, on this 27th day of February 2008.

Jon E. Klinghoffer
Goldberg Kohn Bell Black
  Rosenbloom & Moritz, Ltd.
55 E Monroe Street, Suite 3300
Chicago, IL 60603

s/Burr E. Anderson
Burr E. Anderson