IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07 CV 6925 |
| | ) |
| ABBOTT LABORATORIES, | ) Judge Holderman |
| | ) Magistrate Judge Ashman |
| Defendant. | ) |

### RULE 26(f) REPORT

1. **Pursuant to Fed.R.Civ.P.26(f),** a meeting was held on February 13, 2008 at 3:00 p.m. and was attended by:

> Burr E. Anderson, for Plaintiff
>
> Jon E. Klinghoffer, for Defendant.

2. **Pre-Discovery Disclosures.** The parties will exchange by February 27, 2008 the information required by Fed.R.Civ.P.26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

> Discovery will be needed on the following subjects: facts related to plaintiff's claims and defendant's defenses.
>
> All fact discovery shall be completed by May 1, 2008.
>
> The maximum number of interrogatories by each party to any other party shall be as provided by the Federal Rules of Civil Procedure. Responses thereto shall be served as provided by the Federal Rules of Civil Procedure (or the "Rules").
>
> The maximum number of requests for admission by each party to any other party shall be as provided by the Rules.
>
> The parties anticipate a maximum of three depositions by Scott Riley and three Abbott Laboratories. Additional depositions can be taken as agreed by the parties or by order of the Court. Each deposition shall be limited to a maximum of seven hours unless extended by agreement of the parties or by order of the Court.

-2-

> Supplementations under Rule 26(e) shall be due in a timely fashion as required by the Rules.

4. **Other items.**

> The parties do not request a conference with the court before entry of the scheduling order.
>
> All potentially dispositive motions should be filed no later than thirty days after the close of fact discovery (May 31, 2008).
>
> Settlement cannot be evaluated prior to discovery.
>
> The final list of witnesses and exhibits under Rule 26(a)(3) should be due: a) from Scott Riley: within thirty days after the Court's determination of the dispositive motion, or within forty five days after the close of discovery, if no motion is filed. b) from Abbott Laboratories, Inc. within fifteen days after the date of plaintiff's submission is due.
>
> Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).
>
> The case should be ready for trial by November 1, 2008 and at this time is expected to take approximately two to three days.

Date: February 27, 2008

| SCOTT RILEY | ABBOTT LABORATORIES |
|---|---|
| By: s/Burr E. Anderson<br>Burr E. Anderson<br>Anderson Law Offices<br>407 S. Dearborn, Suite 1085<br>Chicago, IL 60605<br>(312) 957-1100 | By: s/Jon E. Klinghoffer<br>Jon E. Klinghoffer<br>Goldberg Kohn Bell Black<br>Rosenbloom & Moritz, Ltd.<br>55 E. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>(312) 201-3887 |