UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Scott Riley
                Plaintiff,

v.                                      Case No.: 1:07−cv−06925
                                           Honorable James F. Holderman

Abbott Laboratories, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Status hearing held on 3/13/2008. Fact discovery ordered closed by 5/1/2008. Parties are to meet with Magistrate Judge Ashman at the end of discovery for a settlement conference. This case will be referred to Magistrate Judge Ashman for settlement conference and discovery disputes. Dispositive motions with supporting memoranda due by 6/2/2008; responses due by 6/23/2008. Replies due by 7/7/2008. Motions in limine with supporting memoranda due by 10/9/2008; responses due by 10/16/2008. Final Pretrial Order due by 10/9/2008. Final Pretrial Conference set for 10/30/2008 at 3:00 PM. Jury Trial set for 11/3/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.