**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Scott Riley

        Plaintiff,

v.               Case No.: 1:07−cv−06925
                 Honorable James F. Holderman

Abbott Laboratories, Inc.

        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.

Dated: March 13, 2008

                        /s/ James F. Holderman

                        United States District Judge