### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY,            ) | |
|         Plaintiff,   ) | |
|         vs.          ) | No.  07 CV 6925 |
| ABBOTT LABORATORIES, ) | Judge Holderman |
|         Defendant.  ) | Magistrate Judge Ashman |

## AGREED MOTION FOR PROTECTIVE ORDER

Plaintiff Scott Riley ("Plaintiff") and Defendant Abbott Laboratories ("Defendant"), by their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 26(c), for the entry of an Agreed Protective Order, a copy of which has been sent electronically to this Court.  In support hereof, Plaintiff and Defendant state as follows:

1. Plaintiff has served written discovery on Defendant which seeks confidential and proprietary documents and information regarding Defendant's employees and its business operations, as well as personal information concerning its employees, including social security numbers, status of employment, and employee performance evaluations.  Additionally, Defendant has requested Plaintiff's tax returns.

2. The unauthorized or improper use or disclosure of such confidential and proprietary information may irreparably harm Defendant and could expose its employees to identity theft or other privacy intrusions.  Similarly, the unauthorized or improper use or disclosure of Plaintiff's tax returns may irreparably harm Plaintiff and could expose him to identity theft or other privacy intrusions.

3. The Protective Order sent electronically to the Court is necessary to maintain the confidentiality of such documents and information and is reasonable in scope.

-2-

4. The parties do not believe that any party or non-party not directly involved in the present action would be unfairly prejudiced by the entry of the Protective Order to control the use and disclosure of such confidential and proprietary documents and information in this action.

**WHEREFORE**, Plaintiff Scott Riley and Defendant Abbott Laboratories respectfully request that this Court enter a Protective Order, a copy of which has been sent electronically to this Court.

| SCOTT RILEY | ABBOTT LABORATORIES |
|---|---|
| By /s/ Burr E. Anderson<br>One of His Attorneys | By /s/ Priya M. Bhatia<br>One of Its Attorneys |
| Burr E. Anderson<br>Anderson Law Offices<br>Suite 1085<br>407 S. Dearborn<br>Chicago, IL 60605 | Jon E. Klinghoffer<br>Priya M. Bhatia<br>GOLDBERG KOHN BELL BLACK<br>  ROSENBLOOM & MORITZ, LTD.<br>55 East Monroe Street<br>Suite 3300<br>Chicago, Illinois  60603 |