IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07 CV 6925 |
| ABBOTT LABORATORIES, | ) ) Judge Holderman |
| Defendant. | ) Magistrate Judge Ashman ) |

## NOTICE OF MOTION

TO:   Burr E. Anderson
      Anderson Law Offices
      Suite 1085
      407 S. Dearborn
      Chicago, IL 60605

      PLEASE TAKE NOTICE that on April 22, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Ashman in Courtroom 1386 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL 60604, and then and there present the **Agreed Motion for Protective Order**, a copy of which is attached hereto.

                              ABBOTT LABORATORIES


                              By  /s/ Priya M. Bhatia_____
                                 One of Its Attorneys

Jon E. Klinghoffer
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000
Firm Code No. 24139

-2-

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that on April 17, 2008, she caused a copy of **Agreed Motion for Protective Order** to be served via the Court's ECF/electronic mailing system upon the following:

    Burr E. Anderson
    Anderson Law Offices
    Suite 1085
    407 S. Dearborn
    Chicago, IL 60605

                      /s/ Priya M. Bhatia
                      Priya M. Bhatia