IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY, ) | |
| ) | Case No. 07 C 6925 |
| plaintiff, ) | |
| ) | Judge Holderman |
| vs. ) | Magistrate Judge Ashman |
| ) | |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| defendant. ) | |

## JOINT MOTION TO
## MODIFY DISCOVERY SCHEDULE

Scott Riley, plaintiff, and Abbott Laboratories, defendant, by their respective counsel, jointly move this Honorable Court for a thirty-day extension of discovery in this case, stating further:

1. On March 13, 2008 this court set a discovery cut-off date of May 1, 2008.

2. The parties have virtually completed written discovery, having responded to interrogatories and produced a substantial quantity of personnel records and other documents. This production was completed only after the parties worked together to resolve differences over the text of the protective order.

3. The protective order was entered by this Court on April 21, 2008.

4. The production of e-mails in defendant' possession has been delayed because of third-party vendor efforts to complete its conversion of these digital files to hard-copy form.

5. The parties have set three depositions for the following dates, and have anticipated no further testimonial discovery: May 2, May 5, and May 13. Any additional depositions will be completed by May 31, 2008.

6.    This motion is not brought to delay these proceedings.

7.    The parties seek an extension of time to complete discovery to May 31, 2008.

| SCOTT RILEY | ABBOTT LABORATORIES |
|---|---|
| By s/Burr E. Anderson<br>   One of his Attorneys | By s/Jon E. Klinghoffer<br>   One of Its Attorneys |
| Burr E. Anderson<br>Anderson Law Offices<br>Suite 1085<br>407 S. Dearborn<br>Chicago, IL 60605 | Jon E. Klinghoffer<br>Priya M. Bhatia<br>GOLDBERG KOHN BELL BLACK<br> ROSENBLOOM & MORITZ, LTD.<br>55 East Monroe Street<br>Suite 3300<br>Chicago, IL 60603 |