IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY, ) | |
| ) | Case No. 07 C 6925 |
| plaintiff, ) | |
| ) | Judge Holderman |
| vs. ) | Magistrate Judge Ashman |
| ) | |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| defendant. ) | |

## NOTICE OF MOTION

To:   Jon E. Klinghoffer
      Goldberg Kohn Bell Black
        Rosenbloom & Moritz, Ltd.
      55 E Monroe Street, Suite 3300
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 1st day of May 2008, at 9:00 a.m. parties shall appear before the Honorable Judge Holderman, Room 2541, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and present the attached motion. A copy of this motion accompanies this notice and is hereby served upon you.

RIGGS CONSTRUCTION, INC.

By: _____
      One of its attorneys

Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL  60605
(312) 957-1100

## **CERTIFICATE OF SERVICE**

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Joint Motion to Modify Discovery Schedule to be served on the below-named attorney, by fax and first-class mail, on this 28th day of April 2008.

Jon E. Klinghoffer
Goldberg Kohn Bell Black
 Rosenbloom & Moritz, Ltd.
55 E Monroe Street, Suite 3300
Chicago, IL 60603

Burr E. Anderson