**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Scott Riley
                      Plaintiff,

v.                                                Case No.: 1:07−cv−06925
                                                  Honorable James F. Holderman

Abbott Laboratories, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Parties' joint motion to modify discovery schedule [24] is granted; discovery ordered extended until 5/31/2008. Dispositive motions with supporting memoranda due by 7/2/2008; responses due by 7/23/2008. Replies due by 8/6/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.