## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 07 CV 6925 |
| ABBOTT LABORATORIES, INC. | ) ) Judge Holderman |
| | ) Magistrate Judge Ashman |
| Defendant. | ) |

### STIPULATION TO DISMISS

Plaintiff, Scott Riley and Defendant Abbott Laboratories, having conferred, agreed and compromised all disputes between them, now stipulate as follows:

    1.    that pursuant to the settlement agreement between them, this suit should be dismissed with prejudice, and

    2.    that each party should bear its own costs of this litigation.

Dated: June 25, 2008

| SCOTT RILEY | ABBOTT LABORATORIES, INC. |
|---|---|
| By: s/Burr E. Anderson<br>One of his attorneys | By: s/Jon Klinghoffer<br>One of its attorneys |
| Burr E. Anderson<br>Anderson Law Offices<br>407 S Dearborn, Suite 1085<br>Chicago, IL 60605-1117<br>(312) 957-1100 | Jon Klinghoffer<br>Goldberg Kohn Bell Black<br>  Rosenbloom & Moritz, Ltd.<br>55 E Monroe  Suite 3300<br>Chicago, Illinois  60603-5792<br>(312) 201-3887 |