IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT RILEY, ) | |
| ) | Case No. 07 C 6925 |
| plaintiff, ) | |
| ) | Judge Holderman |
| vs. ) | Magistrate Judge Ashman |
| ) | |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| defendant. ) | |

## NOTICE OF FILING

To: Jon E. Klinghoffer
Goldberg Kohn Bell Black
Rosenbloom & Moritz, Ltd.
55 E Monroe Street, Suite 3300
Chicago, IL 60603

**PLEASE TAKE NOTICE** that plaintiff, by his attorney, is filing the parties' Stipulation to Dismiss with the Clerk of Court, United States District Court, Dirksen Building, 219 S Dearborn, Chicago, IL 60604, on this 25th day of June 2008. A copy of this Stipulation is attached hereto and is hereby served upon you.

SCOTT RILEY

By: s/Burr E. Anderson
One of his attorneys

**OF COUNSEL:**
Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL 60605
(312) 957-1100
burranderson@employmentlawillinois.com

## CERTIFICATE OF SERVICE

    I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Stipulation to Dismiss to be served on the below-named attorney by first class mail, on this 25th day of June 2008.

Jon E. Klinghoffer
Goldberg Kohn Bell Black
  Rosenbloom & Moritz, Ltd.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603

                                             s/Burr E. Anderson
                                             Burr E. Anderson