## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6925 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Scott Riley vs. Abbott Laboratories, Inc. | | |

**DOCKET ENTRY TEXT**

ENTER AGREED ORDER: It is hereby ordered that pursuant to the stipulation between the parties, the complaint be and is dismissed with prejudice and that each party shall bear its own costs of this litigation.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|