-1-

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SCOTT RILEY,

Plaintiff,

      vs.                                No. 07 CV 6925

ABBOTT LABORATORIES, INC.      Judge Holderman

                                            Magistrate Judge Ashman

Defendant.

## AGREED ORDER

The parties having stipulated to a settlement and compromise, and the Court being duly advised, IT IS HEREBY ORDERED:

      1.      that pursuant to the stipulation between the parties, the complaint be and is dismissed with prejudice, and

      2.      that each party bears its own costs of this litigation.

ENTER: *James F. Holderman*
Judge James F. Holderman

Dated:   June 26, 2008

Prepared by:
Burr E. Anderson
Counsel for plaintiff
Anderson Law Offices
407 S Dearborn, Suite 1085
Chicago, IL 60605-1117
(312) 957-1100